UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ENRIQUE ALVEAR**,

Plaintiff,

vs. CASE NO. 8:24-cv-2447-KKM-NHA

**SLT LENDING SPV, INC., d/b/a SUR LA TABLE, a foreign for-profit corporation**,

Defendant.
___________________________________/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff ENRIQUE ALVEAR, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses all his claims in this action *with prejudice*, with each party to bear his/its own attorney's fees and costs.

Respectfully submitted,

**RODERICK V. HANNAH, ESQ., P.A.**
Counsel for Plaintiff
4800 N. Hiatus Road
Sunrise, FL 33351
T. 954/362-3800
954/362-3779 (Facsimile)
Email: rhannah@rhannahlaw.com

By: *s/ Roderick V. Hannah*
RODERICK V. HANNAH
Fla. Bar No. 435384

**LAW OFFICE OF PELAYO DURAN, P.A.**
Co-Counsel for Plaintiff
6355 N.W. 36th Street Suite 307
Virginia Gardens, FL 33166
T. 305/266-9780
305/269-8311 (Facsimile)
Email: Duranandassociates@gmail.com

By: *s/ Pelayo M. Duran*
PELAYO M. DURAN
Fla. Bar No. 0146595

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of January, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

Bryan F. DuBon, Eq.
Joshua A. Hajek, Esq.
DENTONS, COHEN & GRIGSBY
Mercato Suite 6200
9110 Strada Place
Naples, FL 34108
(239) 444-1842
Bryan.dubon@dentons.com

*Attorneys for Defendant*
*SLT LENDING SPV, INC.*
*d/b/a SUR LA TABLE*

/s/ *Roderick V. Hannah*
Roderick V. Hannah